For the Eastern District of Pennsylvania

In re:                                                 Bky. No.  0910007
 KYLE   PERRY

                                                       Chapter 13
                                                       08/20/09
                                                       at  09:30 AM
                                                       COURTROOM #5
Debtor(s)                                              900 Market Street, 2nd Floor
                                                       Philadelphia, Pa. 19107


        CHAPTER 13 STANDING TRUSTEE'S MOTION FOR DISMISSAL

    AND NOW, comes William C. Miller, Esquire, Chapter 13 Standing Trustee, and requests that the above-captioned bankruptcy case be dismissed for the following reason(s):

There has been unreasonable delay by debtor(s) that is prejudicial to creditors pursuant to 11 U.S.C. Section 1307(c)(1) by failing to propose an adequately funded  plan, in that the total filed proofs of claim which are to be paid through the plan exceed the value of the plan.



       The hearing scheduled by the filing of this motion may be adjourned from time to time without further notice to interested parties by announcement of such adjournment in court on the date scheduled for the hearing or continued hearing.

       WHEREFORE, William C. Miller, Esquire, Chapter 13 Standing Trustee respectfully requests that the Court, after a hearing, enter an Order in the form annexed hereto, dismissing this bankruptcy case.

                                        Respectfully submitted,

                                        /S/   William C. Miller
                        _____
                                William C. Miller, Esquire
                        Chapter 13 Standing Trustee