November 15, 2010

Dear Judge Jean K. FitzSimon,

I am requesting approval for a Motion to Sell Real Estate. I was initially informed via a phone call to two separate attorney's offices that I would not need to file said motion and that all financials would be taken care of at closing, which is scheduled for November 29th. I thought that was fortunate in that I'm unemployed and cannot afford to pay an attorney. However, the title company handling the settlement informed me on Friday 11/12 that I would need proof of an approved motion in order to settle on 11/29.

My case is very clear cut and without complication. The sale price of my home at 2649 Miller Street in Philadelphia, PA 19125 was $134,500, the remaining unpaid balance on my mortgage with Wells Fargo Home Mortgage is right at $60,000 and my Chapter 13 Trustee's payoff amount is around $4500, which allows far more than enough to satisfy all parties. Attached is a current copy from Wells Fargo Home Mortgage with the current balance. I would greatly appreciate your efforts as well as those of the court to expedite the process in order to settle by 11/29.

Sincerely,

Kyle S Perry
Case # 09-10007
Contact Number: 215-680-2186

FILED
NOV 16 2010