### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In Re: Kyle Perry

      Debtor(s)

Case No: 09−10007−jkf

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon , United States Bankruptcy Judge to consider:

Letter requesting approval for a motion to Sell real estate, and to expedite the process Filed by Kyle Perry

on: 11/22/10

at: 12:00 PM

in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

93 − 92
Form 167