November 23, 2010

Dear Judge Jean K. FitzSimon,

I am requesting approval for a Motion to Sell Real Estate. Due to an error on my part I missed the original court date from my original request to have the motion approved (11/22), of which I extend my sincerest apologies. My settlement date has been moved to December 17th and my case is without complication otherwise. The sale price of my home at 2649 Miller Street in Philadelphia, PA 19125 was $134,500, the remaining unpaid balance on my mortgage with Wells Fargo Home Mortgage is right at $60,000 and my Chapter 13 Trustee's payoff amount is around $4500, which allows far more than enough to satisfy all parties. I would greatly appreciate your efforts as well as those of the court to expedite the process.

Sincerely,

*[signature: Kyle S Perry]*

Kyle S Perry
Case # 09-10007
ph: 267-761-9843
kyle.singer.perry@gmail.com

*[FILED stamp: NOV 23 2010, TIMOTHY MCGRATH, CLERK, BY _____ DEP. CLERK]*