IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter |
| KYLE PERRY | : | |
| Debtor | : | Case No. 09-10007-JFK |

## ORDER

AND NOW, upon consideration of the *Second Letter requesting approval to sell real estate* ("the Motion"), and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The request for an expedited hearing is **Granted**.

2. A hearing to consider the Motion shall be held on December 8th, 2010, at 11:00 A.M., in Bankruptcy Courtroom #3, Robert N.C. Nix, Sr., Federal Building & Post Office, 900 Market Street, 2nd Floor, Philadelphia, Pennsylvania.

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all will be considered at the hearing.

4. **Prior to the hearing**, the Debtor/Movant shall provide to the Court all details of the proposed sale, specifically but not limited to, the length of time the property was on the market, identity of the realtor and any commission agreed upon and the identity of the buyer and any connection which might exist between the buyer and the seller. The Debtor/Movant must also provide the Court with a proposed form of order that is acceptable to the Standing Chapter 13 Trustee.

Dated: November 24, 2010

_____
Honorable Jean K. FitzSimon
United States Bankruptcy Judge