# Motion To Sell Real Estate

NOV 2 4 2010

On this 24th day of November, 2010; Kyle S. Perry, the debtor and the debtor in possession of property at 2649 Miller Street, Philadelphia, Pennsylvania 19125, files this Motion To Sell Real Estate in relation to Pennsylvania Eastern Federal Bankruptcy Court case #09-10007.

The final property sale price is $134,500 with a $6,500 Seller's Assist and $8,500 in Closing Costs (including 6% in Real Estate Agent commissions, 3% to each agent). The settlement date is scheduled for December 17th, 2010 at 11:00am and is being handled by the title firm of Olde City Abstract. The selling agent is Michael Garden with ReMax CitySpaces. The buyers agent is Jeanne Whipple with Coldwell Banker Preferred. The buyer (Neena Santiago) is utilizing VA financing with USAA and has received a mortgage commitment for $119,000 with a $10,000 down payment.

The amount owed on the seller's (Kyle S Perry) mortgage held by Mercantile Trust dba Wells Fargo Home Mortgage is approximately $60,000 and the remaining balance due the Chapter 13 Trustee is approximately $4,500.

In summary the seller (Kyle S Perry) is responsible for approximately $75,000 in which to satisfy all applicable Chapter 13 parties, the primary mortgage and closing costs, leaving the seller with $59,500.

Kyle S. Perry    11/24/10