**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| KYLE PERRY | : | |
| | : | |
| | : | |
| Debtor | : | Bankruptcy No. 09-10007 JKF |

**CERTIFICATE OF SERVICE**

     **AND NOW,** comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Chapter 13 Standing Trustee's Reply to Debtor's Motion to Sell Real Estate on the following parties at the address(es) listed below by first class mail:

Kyle S. Perry
2649 Miller Street
Philadelphia, PA  19125

And on the following parties by electronic notice only:

Morton J. Grabel, Esquire
Law Office of Morton J. Grabel
2240 DeKalb Drive, Suite 3
Norristown, PA  19401

George Conway, Esquire
U.S. Department of Justice
Office of the United States Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA 19107


**Date: December 6, 2010**　　　　　　　　　　　/s/ William C. Miller
　　　　　　　　　　　　　　　　　　　　　　　　　　**William C. Miller, Esquire**
　　　　　　　　　　　　　　　　　　　　　　　　　　**Chapter 13 Standing Trustee**